FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 18 2013

CENTRAL DISTRICT OF CALIFORNIA
BY Shy    DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DEDRICK SHAWN CALDWELL,<br>　　　Petitioner,<br>　　v.<br>LINDA SANDERS,<br>　　　Respondent. | Case No. CV 12-09102 ABC (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice because the Court lacks jurisdiction over the petition for the reasons discussed in the Magistrate Judge's Report and Recommendation.

*Audrey B. Collins*

Dated: March 14, 2013

———————————————
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 18 2013

CENTRAL DISTRICT OF CALIFORNIA
BY Shy    DEPUTY