FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 18 2013

CENTRAL DISTRICT OF CALIFORNIA
BY Shy           DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DEDRICK SHAWN CALDWELL, | Case No. CV 12-09102 ABC (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| LINDA SANDERS, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice because the Court lacks jurisdiction over the petition for the reasons discussed in the Magistrate Judge's Report and Recommendation.

Dated: March 14, 2013

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 18 2013

CENTRAL DISTRICT OF CALIFORNIA
BY  Shy          DEPUTY